A96A0871. G. H. BASS & COMPANY v. FULTON COUNTY BOARD OF TAX ASSESSORS.
(491 SE2d 640)

JOHNSON, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *G. H. Bass & Co. v. Fulton County Bd. of Tax Assessors*, 268 Ga. 327 (486 SE2d 810) (1997), our decision in *G. H. Bass & Co. v. Fulton County Bd. of Tax Assessors*, 222 Ga. App. 118 (1) (473 SE2d 253) (1996), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. McMurray, P. J., and Ruffin, J., concur.*

DECIDED AUGUST 26, 1997.

---

*Brenskelle & Perry, David P. Brenskelle, Brock E. Perry*, for appellant.

*W. Roy Mays III*, for appellee.